## 2058

Gerald L. MARTIN, Employee, Respondent v. TOWN OF PINE RIDGE and Fidelity and Casualty Company of New York, Appellants.

(438 S.E. (2d) 259)

Court of Appeals

July 19, 1993

## ORDER

The court granted a petition for rehearing in the above-entitled action. Subsequently, counsel for the parties advised the court that the case had been settled.

For good cause shown, both the majority and the dissenting opinions in the above-entitled action are hereby withdrawn.

It is so ordered.

/s/ CURTIS G. SHAW, J.
/s/ JASPER M. CURETON, J.
/s/ C. TOLBERT GOOLSBY, JR., J.